# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Karin Elena Causbie Gullers

V.  JUDGMENT IN A CIVIL CASE

Raul David Bejarano

CASE NUMBER: 06-cv-01659-JM-AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court denies the petition for writ of habeas corpus.......................................................................
........................................................................................................................................................................

| March 23, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk
ENTERED ON March 23, 2009

06-cv-01659-JM-AJB